UNITED STATES COURT OF APPEAL FOR THE FEDERAL CIRCUIT

No. 15-1778

ELECTRIC POWER GROUP, LLC,

*Plaintiff-Appellant*,

v.

ALSTOM, S.A, ALSTOM GRID INC., PSYMETRIX LTD., AND ALSTOM

LIMITED,

*Defendants - Appellees*.

Appeal from the United States District Court for the Central District of California
in Case No. CV12-6365 JGB
United States District Judge Jesus G. Bernal

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE PRINCIPAL BRIEF OF DEFENDANT-APPELLEE**

B. Trent Webb
Peter Strand
Angel D. Mitchell
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Phone: (816) 474-6550
Fax: (816)421-5547

*Attorneys for Defendant-Appellee
Alstom, S.A., Alstom Grid Inc., Psymetrix LTD.,
and Alstom Limited*

October 30, 2015

7240693 v1

Defendant-Appellee Alstom, S.A., Alstom Grid Inc., Psymetrix LTD., and Alstom Limited ("Alstom") moves with consent of Plaintiff-Appellant Electric Power Group, LLC ("EPG") pursuant to Federal Circuit Rule 26(b) and 27 for an order extending the deadline for Alstom to file its principal brief by 30 days until December 28, 2015. In support, Alstom states:

1. Alstom's principal brief is currently due on November 27, 2015.

2. The requested extension is not sought for an improper purpose.

3. This is Alstom's first request for extension.

4. Alstom states that the extension is sought because of conflicts in the schedules of Alstom's counsel.

5. Alstom's counsel has conferred with EPG's counsel, Art Hasan, and confirmed that EPG does not oppose this motion and does not intend to file an opposition or response.

Accordingly, Alstom respectfully requests that the Court grant this motion and enter an order extending the deadline for Alstom to file its principal brief by 30 days, until December 28, 2015.

Dated: October 30, 2015

Respectfully submitted,

Shook, Hardy & Bacon L.L.P.

By: */s/ Angel D. Mitchell*
B. Trent Webb
Peter Strand
Angel D. Mitchell
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Phone: (816) 474-6550
Fax: (816)421-5547

*Attorneys for Defendant-Appellee Alstom, S.A., Alstom Grid Inc., Psymetrix LTD., and Alstom Limited*

7240693 v1

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Electronic Power Group, LLC  v.  Alstom S.A., et al.

No. 15-1778

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) appellee certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Alstom S.A., Alstom Grid Inc., Psymetrix, LTD and Alstom Limited

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Please see additional page.

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Please see additional page.

| October 30, 2015 | /s/ Angel Mitchell |
|---|---|
| Date | Signature of counsel |
|  | Angel Mitchell |
|  | Printed name of counsel |

Please Note: All questions must be answered
cc: All counsel of record

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2015-1778

ELECTRONIC POWER GROUP, LLC

Plaintiff - Appellant

v.

ALSTOM S.A., et al.

Defendants - Appellees

ADDITIONAL PAGE FOR **QUESTION 3** OF CERTIFICATE OF INTEREST (FORM 09)

Alstom S.A. states that it has no parent corporations and no publicly held companies own 10% or more of Alstom S.A.'s stock; Alstom Grid, Inc. states that its parent corporation is Alstom Inc. and that no other publicly held corporation owns 10% or more of Alstom Grid, Inc.'s stock; Psymetrix Limited has been hived up into Alstom Limited; and Alstom Limited states that its parent is Alstom UK Holdings Limited and that no other publicly held corporation owns 10% or more of Alstom Limited's stock.

ADDITIONAL PAGE FOR **QUESTION 4** OF CERTIFICATE OF INTEREST (FORM 09)

| | |
|---|---|
| Trent Webb<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>816-474-6550<br>bwebb@shb.com | Jordan Bergsten<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>816-474-6550<br>jbergsten@shb.com |
| Peter Strand<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>816-474-6550<br>pstrand@shb.com | Peter Knops<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>816-474-6550<br>pknops@shb.com |

| | |
|---|---|
| Angel Mitchell<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>816-474-6550<br>amitchell@shb.com | Tony Diab<br>Shook, Hardy & Bacon L.L.P.<br>5 Park Plaza, Ste., 1600<br>Irvine, CA 92614<br>949-475-1500<br>tdiab@shb.com |
| Christine Guastello<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>816-474-6550<br>cguastello@shb.com | Douglas Wayne Robinson<br>Shook, Hardy & Bacon L.L.P.<br>5 Park Plaza, Ste., 1600<br>Irvine, CA 92614<br>949-475-1500<br>dwrobinson@shb.com |
| Chris Dove<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>816-474-6550<br>cdove@shb.com | Jamie Kitano<br>Shook, Hardy & Bacon L.L.P.<br>One Montgomery, Ste., 2700<br>San Francisco, CA 94104<br>415-544-1900<br>jkitano@shb.com |

UNITED STATES COURT OF APPEAL FOR THE FEDERAL CIRCUIT

No. 15-1778

ELECTRIC POWER GROUP, LLC,

*Plaintiff-Appellant*,

v.

ALSTOM, S.A, ALSTOM GRID INC., PSYMETRIX LTD., AND ALSTOM

LIMITED,

*Defendants - Appellees*.

Appeal from the United States District Court for the Central District of California
in Case No. CV12-6365 JGB
United States District Judge Jesus G. Bernal

**DECLARATION OF ANGEL D. MITCHELL IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PRINCIPAL BRIEF OF DEFENDANT-APPELLEE**

B. Trent Webb
Peter Strand
Angel D. Mitchell
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Phone: (816) 474-6550
Fax: (816)421-5547

*Attorneys for Defendant-Appellee*
*Alstom, S.A., Alstom Grid Inc., Psymetrix LTD.,*
*and Alstom Limited*

October 27, 2015

7240693 v1

I, Angel D. Mitchell, declare as follows:

1. My name is Angel D. Mitchell, and I am one of the attorneys representing Alstom, S.A., Alstom Grid Inc., Psymetrix LTD., and Alstom Limited ("Alstom") in the above-captioned appeal. I am competent to testify about the facts set forth herein, and I do so from personal knowledge.

2. Alstom's principal brief is currently due on November 27, 2015.

3. Alstom seeks an extension of 30 days to file its principal brief.

4. The requested extension is not sought for an improper purpose.

5. This is Alstom's first request for extension.

6. Alstom states that the extension is sought because of conflicts in the schedules of Alstom's counsel.

7. Alstom's counsel has conferred with EPG's counsel, Art Hasan, and confirmed that EPG does not oppose this motion and does not intend to file an opposition or response.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: October 30, 2015                  */s/ Angel D. Mitchell*
                                                                                      Angel D. Mitchell

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on    October 30, 2015
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Angel Mitchell | /s/ Angel Mitchell |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---:|:---|
| Law Firm | Shook, Hardy & Bacon L.L.P. |
| Address | 2555 Grand Boulevard |
| City, State, Zip | Kansas City, Missouri |
| Telephone Number | 816-474-6550 |
| Fax Number | 816-421-5547 |
| E-Mail Address | amitchell@shb.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields